### STATE OF CONNECTICUT *v.* TRICIA LYNNE COCCOMO

The defendant's cross petition for certification for appeal from the Appellate Court, 115 Conn. App. 384 (AC 28819), is denied.

*Robert S. Bello* and *Thomas M. Cassone*, in support of the petition.

*Robin S. Schwartz*, assistant state's attorney, in opposition.